John W. KEILER, II, and June Keiler, Plaintiffs-Appellants,

v.

UNITED STATES of America, Defendant-Appellee.

No. 17962.

United States Court of Appeals Sixth Circuit.

April 19, 1968.

Ralph H. Schuette (Deceased), on brief, Paducah, Ky., Earle T. Shoup, Paducah, Ky., interim counsel, for appellants.

Richard C. Pugh, Acting Asst. Atty. Gen., Lee A. Jackson, David O. Walter, Robert I. Waxman, Attorneys, Department of Justice, Washington, D. C., on brief, Ernest W. Rivers, U. S. Atty., John L. Smith, Asst. U. S. Atty., Louisville, Ky., of counsel, for appellee.

Before WEICK, Chief Judge, and EDWARDS and PECK, Circuit Judges.

ORDER

Upon consideration of the record and briefs, it is ordered that the judgment of the District Court be and it is hereby affirmed for the reasons stated in the Memorandum Opinion of District Judge Brooks, 285 F.Supp. 520.

Berta BOBO, now known as Bertha Bobo Sloan, Administratrix of the Estate of George Bobo, Deceased, Appellant,

v.

PAGE ENGINEERING COMPANY.

No. 17076.

United States Court of Appeals Third Circuit.

Argued April 2, 1968.

Decided May 6, 1968.

Francis J. Fornelli, Cusick, Madden, Joyce, Acker & McKay, Sharon, Pa. (Wherry & Ketler, Grove City, Pa., Sharon, Pa. 16146 on the brief), for appellant.

John G. Buchanan, Jr., Buchanan, Ingersoll, Rodewald, Kyle & Buerger, Pittsburgh, Pa. (William R. Newlin, Pittsburgh, Pa., on the brief), for appellee.

Before KALODNER, GANEY and VAN DUSEN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

On review of the record we find no error.

The Order of the District Court of November 7, 1967, 285 F.Supp. 664, will be affirmed for the reasons so well stated in the Opinion of Judge Marsh.